1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Prathima Price, Esq., SBN 321378
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6
   Attorneys for Plaintiff, SCOTT JOHNSON
7

8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA

10 SCOTT JOHNSON,                              ) Case No.: 5:21-cv-03912-LHK
11         Plaintiff,                          )
                                               ) **NOTICE OF SETTLEMENT**
12    v.                                       )
                                               )
13 BEVERLEY I. SAICH, in individual and        )
   representative capacity as trustee of The   )
14 Beverley I. Saich Living Trust under Trust  )
   Agreement dated September 21, 2017;         )
15 ORCHID NAILS SALON, INC, a California       )
   Corporation;                                )
16 7KRKA, INC., a California Corporation,

17         Defendants.

18    The plaintiff hereby notifies the court that a provisional settlement has been
19 reached in the above-captioned case. The Parties are currently focusing efforts on
20 finalizing the terms of the settlement and reducing it to a writing. The plaintiff,
21 anticipates that the settlement will be consummated within the coming sixty (60) days,
22 and the Joint Stipulation for Dismissal with prejudice as to all parties will be filed.

23                            CENTER FOR DISABILITY ACCESS
24
25 Dated: December 22, 2021       /s/ Amanda Seabock
26                                Amanda Seabock
                                  Attorney for Plaintiff
27
28

Notice of Settlement           -1-                    5:21-cv-03912-LHK